IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RANDY BRANCH,

    Petitioner,

v.                                                                                 No. 13–cv-0687 LH/SMV

U.S. DEP'T OF JUSTICE and
FED. BUREAU OF PRISONS,

    Respondents.

## ORDER TO CURE DEFICIENCY

Petitioner submitted a petition for writ of habeas corpus. The Court determines that Applicant's filing is deficient; specifically, the $5.00 filing fee has not been paid and Petitioner has not filed an *in forma pauperis* application. Any papers that Petitioner files in response to this order must include the civil cause number (13-cv-0687 LH/SMV) of this case. Failure to cure the designated deficiencies within thirty (30) days from entry of this order may result in dismissal of this proceeding without further notice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Petitioner cure the deficiencies designated above within thirty (30) days from entry of this order; and the Clerk is directed to mail to Petitioner, together with a copy of this order, an Application to Proceed Without Prepaying Fees or Costs.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**