# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**RANDY BRANCH,**

    **Applicant,**

    v.                                            **No. 13-cv-0687 LH/SMV**

**MARK GALLEGOS,**

    **Respondent.**

## ORDER TO SUBSTITUTE PARTY AND TO ANSWER

THIS MATTER is before the Court sua sponte under rules 1(b) and 4 of the Rules Governing Section 2254 Cases, on Petitioner's Habeas Corpus-Mandamus Petition [Doc. 1]. The Court will order an answer to the Petition.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Clerk is directed to substitute Mark Gallegos, Warden, as the sole named Respondent in this matter;

**IT IS FURTHER ORDERED** that all future filings in this case shall reflect the caption above;

**IT IS FURTHER ORDERED** that the Clerk forward to Respondent and to the United States Attorney a copy of Petitioner's Habeas Corpus-Mandamus Petition [Doc. 1], and supporting papers and exhibits, if any, together with a copy of this Order;

**IT IS FURTHER ORDERED** that Respondent answer Petitioner's Habeas Corpus-Mandamus Petition within 23 days of entry of this Order.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**