## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**RANDY BRANCH,**

    Petitioner,

v.                                                       CIV No. 13-0687 LH/SMV

**MARK GALLEGOS,**

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 10] ("PF&RD"), issued October 29, 2013. On reference by the undersigned, the Honorable Stephan M. Vidmar, United States Magistrate Judge, found that Petitioner's case was moot because he had been released from custody, and as a result, he no longer presented a redressable injury. [Doc. 10] at 3–4. No party has filed objections to the PF&RD, and the time for objecting has passed.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 10] are **ADOPTED**.

**IT IS FURTHER ORDERED** that Petitioner's Petition [Doc. 1] is **DENIED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

                                                             _____
                                                             **SENIOR UNITED STATES DISTRICT JUDGE**